IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS TORRES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DOWNS & TSURDA INVESTMENTS, LL,.<br><br>　　　　　Defendant. | Case No.: 14-cv-2603-JSC<br><br>**ORDER TO PLAINTIFF FOR STATUS UPDATE** |

Plaintiff filed this Americans With Disabilities Act ("ADA") access case in June 2014, and summons was issued at the same time. Since that time, the docket does not reflect any activity. Accordingly, Plaintiff is directed to provide the Court with a written update on the status of the case and its resolution on or before May 8, 2015.

**IT IS SO ORDERED.**

Dated: April 22, 2015

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE