UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS TORRES,<br><br>             Plaintiff,<br><br>     v.<br><br>DOWNS & TSURUDA INVESTMENTS, LLC,<br><br>             Defendant. | Case No. 14-cv-02603-JSC<br><br>**ORDER TO PLAINTIFF FOR FURTHER STATUS UPDATE** |

On May 8, 2015, in response to an order from the Court, Plaintiff advised that he and Defendant were engaged in settlement discussions. Plaintiff advised that "[i]f the parties are unable to reach agreement on injunctive and monetary relief within the upcoming weeks, plaintiff will require defense counsel to file an Answer and appear in this matter." (Dkt. No. 11.) As of the date of this Order, no further activity is noted on the docket. Accordingly, on or before August 14, 2015, Plaintiff shall provide the Court with a further status update.

**IT IS SO ORDERED.**

Dated: July 31, 2015

JACQUELINE SCOTT CORLEY
United States Magistrate Judge